IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:24-CR-543-13 |
| | § | |
| MARCEL LETT | § | |

**<u>DEFENDANT LETT'S DEMAND FOR SPEEDY TRIAL AND RESPONSE TO DEFENDANT BAKER'S MOTION FOR CONTINUANCE</u>**

1.  Defendant Marcel Let is charged in Count 2 of the Indictment with assault in aid of racketeering and in Count 3 with aiding and abetting in the discharge of a firearm in furtherance of an act of violence.

2.  Trial is presently scheduled for April 7, 2025.

3.  Defendant Lett demands a speedy trial under the Federal Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. and under the Sixth Amendment of the United States Constitution.

4.  On March 20, 2025, Defendant Marky Baker filed a motion for continuance which stated in the Certificate of Conference that all of the parties were unopposed to the motion, with the exception of Defendants John Sblendorio and Defendant Lett. DKT.236.

5.  Defendant Lett objects to the case being continued because the pending charges, of which he is innocent, are having grave consequences on his life and his livelihood. Not only has he become a pariah, but he also had to resign his position as Jr. ROTC Instructor at Fort Bend Independent School District in lieu of

termination. Not only is he unemployed, but after making serious efforts to find a job, he is being continuously rebuffed when a background check is run. Not surprisingly, not even McDonald's wants to hire someone named in a serious racketeering indictment charging acts of violence.

6.  The government has been investigating this case for 5 years and is ready for trial. Undersigned counsel is ready for trial.

WHEREFORE, Defendant Lett prays that his case proceed to trial forthwith.

Respectfully submitted,

/s/ Richard Kuniansky
RICHARD KUNIANSKY
State Bar No. 11762840
440 Louisiana, Suite 1440
Houston, Texas 77002
Telephone: (713) 622-8333
rkuniansky@gmail.com
ATTORNEY FOR DEFENDANT
MARCEL LETT

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing Demand for Speedy Trial and Response to Defendant Baker's Motion for Continuance has been made by electronic means to all counsel of record.

/s/ Richard Kuniansky
Richard Kuniansky

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:24-CR-543-13 |
| | § | |
| MARCEL LETT | § | |

ORDER

Defendant Lett's Demand for Speedy Trial is GRANTED. Trial is scheduled for _____, 2025.

Signed on March ___, 2025 in Houston, Texas.

_____
Honorable Keith P. Ellison
United States District Judge