United States District Court
Southern District of Texas

**ENTERED**
September 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. <u>24-00543-01/14-CR-H-KPE</u> |
| JOHN M. PFEFFER, ET AL. | |
| Defendants. | |

### ORDER CERTIFYING CASE AS COMPLEX

For good cause shown, IT IS HEREBY ORDERED that Government's Motion to Certify Case as Complex is GRANTED.

Signed _15 September_, in Houston, Texas.

HONORABLE KEITH P. ELLISON
United States District Court Judge
Southern District of Texas

1