UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal Cause No. 4:24-CR-543 |
| | § | |
| **ROY GOMEZ, et. al** | § | |
| | § | |
| Defendants | § | |

# UNOPPOSED
## DEFENDANTS MOTION FOR CONTINUANCE & EXTENSION OF DEADLINES

TO THE HONORABLE KEITH P. ELLISON, U.S. DISTRICT JUDGE:

NOW COMES, **ROY GOMEZ (#7)**, Defendant in the above entitled and numbered cause, by and through his attorney of record, **ROMY B. KAPLAN**, and is joined by co-Defendants and counsel with their respective positions, submits this Unopposed Motion for Continuance and Extension of Deadlines for 90-120 days. For good cause, Defendants show as follows:

1. Roy Gomez was indicted on February 11, 2025. He was arrested on February 20, 2025, and appeared before Magistrate Judge Palermo. On the same day, previous counsel was appointed.

2. The Government obtained a second superseding indictment on April 10, 2025, for allegations of racketeering conspiracy, assault with a dangerous weapon in aid of racketeering; using, carrying, brandishing and discharging a firearm during and in relation to a crime of violence; using, carrying, brandishing and discharging a firearm

1

during and in relation to a crime of violence resulting in death; felon in possession of a firearm; and receipt of a firearm while under indictment for a felony.

3. On July 10, 2025, current defense counsel was appointed to represent the Defendant and took over the representation.

4. On September 11, 2025, the Government moved to certify this case a complex (Doc. 324) and the Court granted the motion on September 15, 2025 (Doc. 326).

5. To date, initial discovery has occurred but more time is needed to review the voluminous discovery.

6. Assistant United States Attorney Byron Black is unopposed to this motion.

7. The positions of each Defendant, through their counsel, on this continuance and extension of all deadlines request are described below:

1 John Pfeffer- no position is taken by Ryan Gertz.
2 Michael Dunphy- unopposed by Ali Fazel.
3 Darvi Hinojosa- unopposed by Charles Flood.
4 John Sblendorio- opposes motion to continue and extend deadlines by Neal Davis.
5 Bradley Rickenbacker- unopposed and joins in the motion by Michael DeGeurin.
6 David Vargas- opposes motion to continue and extend deadlines by John Wakefield.
7 Roy Gomez- requests a continuance and extension of all deadlines
8 Christopher Sanchez- not opposed by James Alston.
9 Marky Baker- joins in the motion by James Stafford.
10 Ronnie McCabe- joins in the motion by Brian Roberts.
11 Brandon Hantz- joins in the motion by Dan Cogdell.
12 Sean G. Christison- not opposed by Christopher Downey.
13 Marcel Lett- no position is taken by Richard Kuniansky.
14 Jeremy Cox- not opposed by Mark Bennett.

8. This motion is not made for delay, but to see that justice is done. The Government will not be prejudiced by the granting of this motion.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendant respectfully requests this Court grant the Defendant's motion for continuance and extension of deadlines, including the motions deadline, for 90-120 days.

Respectfully submitted,

LAW OFFICE OF ROMY B. KAPLAN

*/s/ Romy B. Kaplan*
Texas Bar 24077851
5300 Memorial Drive, Suite 750
Houston, TX  77007
Office: 281-969-3725
Email: RomyBK@makethemproveit.com

ATTORNEY FOR DEFENDANT GOMEZ

## CERTIFICATE OF CONFERENCE

On March 4, 2026, I conferred with Assistant United States Attorney, Byron Black, in regards to this motion by email and he is unopposed to the granting of this motion.

*/s/ Romy B. Kaplan*
Romy B. Kaplan

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing document has been served on the Assistant United States Attorney assigned to this case by Electronic Filing on March 5, 2026.

*/s/ Romy B. Kaplan*
Romy B. Kaplan